Rev. 3/13/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60033-Cr-COOKE(s)

FILED by CMH D.C.
MAR 15 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES OF AMERICA

v.

RACHAEL BASS,

    Defendant.
_____/

## STIPULATED FACTUAL BASIS

RACHAEL BASS ("BASS" or "defendant") individually and by and through her counsel, Edward R. Shohat, and the United States, by and through the undersigned Assistant United States Attorneys, agree and stipulate that the government would produce evidence of the facts recited below which are a fair and accurate summary of the events and the defendant's involvement in the conduct charged in the underlying Superseding Information to which the defendant is pleading guilty.

    1. Between in or about October 2008 and February 23, 2012, defendant, co-defendant, Vincent Colangelo ("Colangelo"), and others owned and operated at least six (6) pain management clinics and a pharmacy in Broward and Miami-Dade Counties in Florida, including Atlantic Medical Solutions ("AMS") located at 950 N. Federal Hwy in Pompano Beach, Florida 33062; All Pain Management, Inc. ("APM") located at 3300 Griffin Road, Dania Beach, Florida; Seaside Medical Center, Inc. ("SMC"), n/k/a Commercial Medical Group, LLC ("CMG"), located at 299 East Commercial Boulevard, Ft. Lauderdale, Florida; Broward Urgent Care, Inc. ("BUC"), located at 1409 S.E. 1st Avenue, Fort Lauderdale, Florida; Friendly Urgent Care, Inc.

("FUC"), located at 3121 W. Hallandale Beach Boulevard, Suite 101, Pembroke, Florida; VIP Pain Center, Inc. ("VIPPC"), located at 13936 N.W. 7th Avenue, Miami, Florida; and Friendly Pharmacy, Inc., located at 1623 S. Andrews Avenue, Fort Lauderdale, Florida 33316.

2. In the Summer of 2008, BASS, accompanied a friend to obtain oxycodone from a pain clinic called "South Florida Pain" (SFP).[1] According to BASS's friend, "Billy," patients at SFP obtained prescriptions for oxycodone without a doctor visit or examination. At the time, BASS was addicted to oxycodone but had acquired her pills on the "street."[2] At SFP, "Billy" introduced BASS to Colangelo, who owned and managed SFP.[3] BASS confirmed that prescriptions were issued by Colangelo at SFP without a patient examination of any kind. It was at that time that Colangelo flirted with BASS and agreed to accompany her and Billy to a pharmacy where Colangelo paid to fill Billy's prescription for 240 oxycodone 30 mg. pills and approximately 90 oxycodone 15 mg. pills. Colangelo gave BASS and Billy the 15 mg. oxycodone pills and kept the 30 mg. pills. Shortly after meeting Colangelo, BASS and Colangelo became romantically involved and moved in together. Colangelo knew that BASS was addicted to oxycodone and continued to divert oxycodone pills to her.

3. In or around November of 2008, Colangelo opened another pain clinic, AMS, with L.S. in Deerfield Beach, Florida. L.S. owned several other pain clinics in South Florida at the time. BASS borrowed money on her credit cards and the credit cards of family members to assist

---

[1] SFP was one of the first pain clinics ("pill mills") in which Colangelo had an ownership interest.

[2] BASS, who had a long history with drug addiction including an addiction to oxycodone, had been off drugs for approximately 4 years, but relapsed about one-year prior to meeting Colangelo when she was given oxycodone by a friend at a party.

[3] Billy was being sponsored and paid by Colangelo to be a patient at SFP.

Colangelo in purchasing furniture, electronics and other furnishings for AMS. Neither BASS nor Colangelo had any formal medical training or experience, but L.S. taught BASS how to open a pain clinic, obtain city and county permits and licenses, what computer and software equipment was required and how to maintain clinic accounting ledgers, medical forms and records. BASS worked at AMS from approximately November 2008 to January 2009 performing bookkeeping and administrative functions such as the ordering of medical supplies and medications for the physician(s). In paperwork that she filled out for AMS, BASS referred to herself as a "manager." BASS was paid $700 per week at AMS. BASS was aware that Colangelo sponsored patients at AMS and diverted the oxycodone pills acquired from the patients he sponsored. Some of those pills were diverted to BASS for her personal use and others were diverted in bulk to a drug dealer on the West Coast of Florida and elsewhere. Although Colangelo was addicted to crack cocaine, he did not start using oxycodone until February of 2009.[4]

4. In the Spring of 2009, the business relationship between Colangelo and L.S. became uncomfortable for Colangelo so he sold his interest in AMS to L.S. Colangelo and BASS decided to open a pain clinic on Commercial Boulevard in Fort Lauderdale. Colangelo and BASS advertised for pain clinic physicians on Craigslist. In March and April of 2009, BASS interviewed R.W. on three occasions. R.W. applied as a pain clinic physician in response to a Craigslist advertisement for the position. BASS explained that she and her partner (Colangelo) were opening a new medical clinic, Seaside Medical Center (SMC) in Fort Lauderdale where, if

---

[4] BASS remembered that Colangelo and she got into an argument on Valentine's Day when he decided to start using oxycodone which he said it relieved him from his addiction to crack cocaine. Bass did not want Colangelo to become addicted to oxycodone as she was addicted since the age of 15. According to BASS, Colangelo never stopped using oxycodone until his arrest on February 23, 2011 and regularly snorted approximately 30 oxycodone 30 mg. pills per day.

hired, he would be working. R.W. accepted a fee arrangement of $75/patient.

5. In June of 2009, Colangelo and BASS opened SMC. BASS assisted Colangelo in setting up SMC based on what she learned from her experience at AMS.[5] BASS had a 10% ownership interest in the profits of SMC although she disputes receiving 10% of the profits. Unbeknownst to her, she was listed as the "president" and "director" on the Florida State incorporation records.[6] BASS hired doctors, R.W. and C.H. and knew that they were hired largely because they agreed to prescribe maximum amounts of oxycodone and Xanax. R.W. and C.H. were the first two doctors employed at SMC. Shortly before opening SMC, Colangelo told BASS that he sold a partnership interest in SMC for $100,000 to C.M. Colangelo and C.M. argued regularly, and in August of 2009, C.M. reputedly broke into CMG when it was closed and stole the patient files, televisions, computers and other office equipment. C.M. thereafter opened a pain clinic, Coast to Coast Healthcare Management ("CCHM") on Hillsboro Beach Boulevard in Deerfield Beach. In August, Colangelo changed the corporate registration from SMC to "Commercial Medical Group," ("CMG").[7] A

---

[5] FP&L records show BASS subscribed to electrical service for SMC and listed her contact email address as "RachaelBass@Yahoo.com." ScriptSure records reflect that BASS purchased and subscribed to ScriptSure prescription software and program for SMC n/k/a CMG at 291 E. Commercial.

[6] Colangelo was a convicted heroin dealer and during much of the conspiracy was on parole from his felony drug conviction. Colangelo never listed himself as owner of any of the pain clinics he had an interest in because he feared that his status as a convicted narcotics trafficker prohibited his ownership of a medical facility and would draw unfavorable scrutiny upon the clinics. Florida State records of incorporation dated April 25, 2010, list BASS as "President/Director" of SMC. When BASS asked Colangelo about why she was listed as an officer of the corporation, he stated that he did not believe that as a convicted narcotics trafficker, he could be a corporate officer of a medical facility. On April 26, 2009, L.T. (Colangelo's ex-step-mother) was listed as owner SMC with the City of Oakland Park for an occupancy license with an address as 620 NE 2nd St. in Pompano, the address Colangelo and Bass were living at the time.

[7] Florida State Records of Incorporation dated August 21, 2009, list BASS as "Manager" of CMG. BASS applied with the city of Oakland Park for occupancy license for CMG as a "physician's

lawsuit followed which ultimately resulted in a payment of $80,000 to C.M. pursuant to a settlement agreement signed by Colangelo and Bass on November 25, 2009.

6. BASS knew that CMG only accepted cash and refused to accept medical insurance, checks or credit cards for payment. She also knew that patients were required to pay $200 to $250 for first-time visits and $150 to $200 for follow-up visits. CMG served an average of 100 patients per day who often waited many hours to see a doctor to obtain their prescriptions for narcotic pain medications. In the summer of 2010, BASS learned that clinic employees collected additional money called "VIP" from patients in order to accelerate their appointments with the doctor ahead of other patients. BASS was told by Colangelo that VIP collected by CMG employees averaged $7,000 per day which would be given to Colangelo at the end of each day. BASS knew that individuals seeking pain medication at Colangelo's pain clinics needed only a magnetic resonance image ("MRI"), generally of their lower back or neck, a urine test and claim to have pain, in order to justify prescriptions for large amounts of oxycodone and Xanax (alprazolam).[8] Initially, triage was performed by non-medically trained personnel who were responsible for testing patient urine samples for the presence of illicit drugs and determine whether patients were actually taking oxycodone as allegedly previously prescribed.[9] BASS

---

office" and listing her (owner) address as 620 NE 2nd St. in Pompano, Florida.

[8] Alpralozam is the generic name for the Schedule IV prescription drug commonly known as "Xanax," the patent name brand.

[9] The presence of illicit drugs in the patient's urine would alert the examining physician of the possibility of patient drug abuse and the very dangerous possibility of combining illicit drugs with prescription pain medication. The absence of oxycodone and/or Xanax in the patient's urine would signify the likelihood that the patient was "opioid" naive and/or "benzo" naive and was diverting his/her prescriptions. Moreover, if "opioid" or "benzo" naive, the patient would be intolerant of large

learned that triage technicians at the pain clinics often falsified the urine test results in exchange for bribes of $50 to $100 in order to attempt to justify the prescription for maximum amounts or pain medication by CMG doctors. BASS was aware that many of the clinic patients were sponsored by drug dealers. The sponsors[10] paid for the sponsored patients' MRIs, clinic visits and prescriptions filled. The sponsored patients usually gave all or a large portion of their 30 mg. oxycodone pills to their sponsors and received in exchange either money and/or a portion of the drugs (usually the 15 mg. oxycodone pills and 2 mg. Xanax tablets). BASS was not sure of the number, but knew that a large portion of the CMG patient population were "doctor shoppers"[11] and/or drug addicts and drug dealers. BASS observed that the vast majority of CMG patients were in their 20's and 30's. BASS surmised that a very small percentage of clinic patients actually suffered from significant pain despite the fact that nearly all patients received prescriptions for oxycodone and/or alpralozam.

7. Colangelo with the assistance of BASS and other co-conspirators opened several other

---

amounts of oxycodone and/or Xanax and would be at high risk for overdose.

[10] "Sponsoring" is a term used by law enforcement and in the medical community, particularly in the pain management medical community, to refer to the act of recruiting ne'er-do-wells, drug addicts and/or dealers as well as individuals wanting to earn some quick money to schedule appointments at nefarious pain clinics ("pill mills") to obtain prescriptions of highly addictive prescription pain medications. In exchange for paying the costs related to obtaining prescription drugs, the "sponsor" is given most or all of the prescription drugs and the "patient" is either paid a fee or given a portion of the drugs prescribed.

[11] "Doctor shopper" is a term used by law enforcement and in the medical community, particularly, the pain management medical community, to refer to an individual who seeks multiple prescriptions from different doctors within a 28-day period or within the period of time intended by the prior issued prescription. It is more loosely referred to individuals who "shop" from one medical clinic to another seeking prescriptions of highly addictive prescription pain medications to feed their addiction, divert the prescription drugs, or both, without a legitimate medical purpose for such drugs.

pain clinics and a pharmacy[12] in South Florida.[13] In October of 2009, Colangelo and Nicholaus Thomas opened BUC. BASS helped set up the operations at BUC, including arranging local licenses and permits, setting up the computers and contracting ScriptSure.©[14] BASS had a 10% interest in the profits of BUC. In November of 2009, Colangelo purchased APM. APM already existed as a pain clinic at the time of the purchase, but BASS interviewed prospective pain clinic doctors and assisted in setting up ScriptSure© at APM. BASS had a 10% interest in the profits of APM. In or around January of 2010, Colanagelo opened FUC with S.S. in Pembroke, Florida on Hallandale. BASS set up ScriptSure© at FUC and also had a 10% interest in the profits of FUC.[15] BASS became progressively more immersed in her drug addiction and began to spend

---

[12] On August 27, 2009, Friendly Pharmacy (FP) was incorporated and located at 1923 S. Andrews Ave., Ft. Lauderdale. April 26, 2010, BASS was listed as "VP" in the corporate records. Colangelo opened FP with partner, A.L. because he wanted another source of oxycodone to supply his patients and he knew the impending law which was scheduled to take affect on October 1, 2010, would limit pain clinics' dispensaries to a 3-day supply of pain medication.

[13] On August 25, 2009, "Green Quality Coatings, Inc., incorporated at 620 NE 2nd Street, Pompano listed as principal and mailing address. BASS was listed as "registered agent" and "VP." The paint company was funded exclusively by the proceeds of Colangelo's pain clinic operation.

[14] ScriptSure© is a physician-focused medical software program available to doctors in the State of Florida and elsewhere. It not only features an electronic prescription writing program, but it also is a physician's workstation, allowing physicians, physician assistants, nurses and staff to perform a multitude of tasks including ordering lab tests, writing referrals, and producing patient and physician notes. ScriptSure© creates an electronic record of all activities performed for every patient.

[15] When Colangelo entered into partnership agreements with others at his pain clinics, he would require that BASS receive a 10% ownership in the clinic and explain that he owed it to her because she borrowed against her credit cards to give him start-up money to open his first pain clinic. In actuality, he probably used it as a leveraging mechanism in his partnership arrangements with other co-owners that would typically agree 45% interest each and BASS 10% (CMG, BUC & FUC) which in reality gave Colangelo a controlling interest in the clinic. Business records and grand jury testimony of clinic employees indicated that clinic profits were packaged in envelopes marked with the names of the owners and gathered from each clinic at the end of each day and ultimately delivered to BASS and the other owners. Some of these cash envelopes with BASS's name on them were found and seized from BASS's home on February 23, 2011, confirming BASS's ownership interest in each

less and less time at the clinic. She did however continue to participate in recruiting and hiring doctors to work at the pain clinics.

8. BASS interviewed and hired physicians, R.W., C.H., B.C., I.L., C.A.G., and R.T. as well as pharmacy technicians and other staff members. BASS was aware that doctors at Colangelo's pain clinics were required to prescribe maximum amounts of oxycodone and Xanax. This issue was generally approached during hiring interviews by providing prospective physicians with a hand-selected existing patient file in which the prescribing doctor had written prescriptions for excessive amounts oxycodone and Xanax, and asking the interviewee if he or she was willing to prescribe pain medications consistent with the existing patient file. If the interviewee expressed reservations with prescribing such large amounts of pain medications, he or she would not be hired.

9. BASS was aware that employees of CMG were sponsored by Colangelo at CMG despite the fact that none of them had any known medical condition that required pain medication. BASS knew that some of the drugs prescribed to these employee/patients by doctors at CMG were subsequently diverted to BASS by Colangelo.

10. In February 2011, BASS received prescriptions for 210 oxycodone 30 mg. pills and 30 Xanax 2 mg. bars. Dr. A.A. at CMG. A.A. knew that BASS was one of the clinic owners, the girlfriend of Colangelo and that she was addicted to pain medication. A government expert reviewed BASS's patient file and other patient files from SMC/CMG, BUC, FUC and APM and

---

clinic and receipt of profits therefrom. Government witnesses advised that some of BASS's money envelopes were delivered to Colangelo for Bass. These envelopes were presumably ultimately delivered to BASS, but, other than the money envelopes seized at BASS's residence at the time of her arrest, there is no way to verify actual receipt by BASS of this money.

concluded that the prescriptions respectively issued were of excessive quantities of controlled substances, primarily oxycodone, a Schedule II Controlled Substance and alprazolam, a Schedule IV Controlled Substance and were not for a legitimate medical purpose and not within the standard of care in the course of professional practice of pain management.

11. RACHAEL BASS knowingly, intentionally and unlawfully conspired with others to dispense and distribute, and cause to be dispensed and distributed, quantities of controlled substances, primarily oxycodone, a Schedule II Controlled Substance, not for a legitimate medical purpose and not in the usual course of professional practice.

12. On or about the dates specified below the defendant, did knowingly engage and attempt to engage in monetary transactions affecting interstate and foreign commerce, by and through a financial institution, involving criminally derived property of a value greater than $10,000, from the distribution of controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) and 846 and all in violation of Title 18, United States Code, Section 371:

    a. On or about September 2, 2009, RACHAEL BASS purchased a 2006 Land Rover, VIN SALMF134X6A235103 for $39,300.00 in cash to the seller;

    b. On or about October 14, 2009, RACHAEL BASS made multiple deposits totaling $11,500.00 into Commercial Medical Group LLC's account at Bank of America, account number ********4068;

    c. On or about February 6, 2010, Vincent Colangelo and RACHAEL BASS purchased a trailer park at 100 S.E. 10 Avenue, Okeechobee, Florida for $280,500.00 with $28,050.00 cash and two (2) cashier's checks, numbered 7455183 and 7403730, which were

purchased with cash on February 4, 2010 and February 5, 2010 from Bank of America; and

    d. On or about April 17, 2010, RACHAEL BASS purchased real estate located at 2355 S.W. 28 Street, Okeechobee, Florida for a total of $32,450.00 with a cash deposit and Bank of America cashier's check #7561733 for $26,970.38.

13. The defendant and her attorney acknowledge by their signatures below that they have reviewed the stipulated facts with each other and agree with the accuracy of the facts as recited hereinabove.

Date: 3/14/12

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
SCOTT H. BEHNKE
Assistant United States Attorney

Date: 3/14/12

By: _____
GREGORY E. TORTELLA
Special Attorney, U.S. Dept. Of Justice

Date: 3/14/12

By: _____
EDWARD R. SHOHAT
Attorney for the Defendant

Date: 3/14/12

By: _____
RACHAEL BASS
Defendant

*Subject to matters placed in record